IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF/RESPONDENT |
| v.  Case No. 4:14-cr-40018 | |
| CHRISTOPHER XAVIER PERRY | DEFENDANT/MOVANT |

**ORDER**

Before the Court is the Report and Recommendation filed September 19, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 49). Judge Bryant recommends that Movant Christopher Xavier Perry's Motion to Vacate, Set Aside, or Correct a Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 39) should be denied. Specifically, Judge Bryant finds that Movant failed to demonstrate that his attorneys at sentencing were unreasonably deficient and that counsel's deficiencies prejudiced Movant's defense.

Movant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation (ECF No. 49) *in toto*. Movant's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 39) is hereby **DENIED**.

**IT IS SO ORDERED**, this 16th day of October, 2017.

/s/ Harry F. Barnes
Harry F. Barnes
United States District Judge