IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                            Case No. 4:14-cr-40018

CHRISTOPHER XAVIER PERRY                                                                  DEFENDANT

## ORDER

Before the Court is Defendant's Motion to Reconsider the Court's Denial of Defendant's Motion for Compassionate Release. (ECF No 71). The Court finds no response is necessary and the matter is ripe for consideration.

On April 8, 2021, the Court denied Defendant's Motion for Compassionate Release. (ECF No. 70). In its Order, the Court addressed its inability to find from the record that Defendant had fully exhausted his administrative remedies. The Court acknowledged that the Government did not object on the basis of failure to exhaust and continued to address the motion on the merits.

Defendant cites to *United States v. Jones*, where the district court denied Defendant's motion for compassionate release, stating that he failed to exhaust his administrative remedies. *United States v. Jones*, 835 F. App'x 897 (8th Cir. 2021). The government moved for remand, noting that it conceded that Jones had exhausted his administrative remedies. *Id*. The Eighth Circuit granted the government's motion and remanded the matter to the district court to address the motion on the merits. *Id*.

The present matter differs from *Jones* because while the Court found that it could not determine that Defendant had fully exhausted his administrative remedies, the Court still addressed the motion on the merits. (ECF No. 70, pp. 4-8). As stated in the Court's Order, even if Defendant

had exhausted his administrative remedies or the Court accepted the Government's waiver of objection, Defendant's motion for compassionate release would still fail on the merits.

Accordingly, Defendant's Motion to Reconsider the Court's Denial of Defendant's Motion for Compassionate Release (ECF No. 71) is **DENIED**.

**IT IS SO ORDERED**, this 12th day of April, 2021.

/s/ Susan O. Hickey  
Susan O. Hickey  
Chief United States District Judge
